IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN BOWDEN,                              No. CIV S-03-1671-LKK-CMK

       Plaintiff,

    vs.                                    O R D E R

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

                            /

       Plaintiff, who is proceeding with retained counsel and in forma pauperis, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On August 30, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

/ / /

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2005, are adopted in full;

2. Plaintiff's motion for summary judgment or remand is denied;

3. Defendant's cross-motion for summary judgment is granted; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 27, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT